JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9964-GW-Ex | Date | June 3, 2022 |
|---|---|---|---|
| Title | *Jangle Vision, LLC v. Alexander Wang Incorporated, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - FINAL RULING ON DEFENDANTS ALEXANDER WANG INCORPORATED AND ALEXANDER WANG'S MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [20]**

   A hearing on Defendant's motion to dismiss was initially held on May 12, 2022 (*see* ECF No. 35), after an initial tentative ruling (*see* ECF No. 34) had been previously provided to the parties. Citing to *Rentmeester v. Nike, Inc.*, 883 F.3d 1111, 1123 (9th Cir. 2018), among other controlling precedent, the tentative ruling held, *inter alia*, that: (1) a motion to dismiss a copyright infringement claim pursuant to Fed. R. Civ. P. 12(6)(6) can be entertained and, in the appropriate situation, granted; (2) that motion to dismiss can be based on the issue of whether the defendant's product unlawfully appropriated protectable elements of plaintiff's copyrighted work (*i.e.,* part of the substantial similarity analysis); (3) at the motion to dismiss stage, a court can, where appropriate, compare source and allegedly-infringing material from two different mediums; (4) although Plaintiff had identified some of the protectable components of its works (*e.g.* "[t]he central element of [Plaintiff's] collection of works are androgynous-presenting female characters that are readily distinguishable and immediately identifiable by, among other details, the lithe, angular, elongated shape of their bodies, their unnatural postures and their skin-like full body coverings, revealing only their eyes and mouth through openings in the face of the skin" – *see* Corrected First Amended Complaint ¶ 12, ECF No. 17), it had failed to fully delineate all of those elements and was expected to do so at the hearing; and (5) even accepting that the Plaintiff's works contain some highly original elements and that Defendant may have been inspired by Plaintiff's works in creating its images, nevertheless, after applying the analysis from *Rentmeester* to this case, one would have to conclude that the differences between Plaintiff's copyrighted works and Defendant's images are "manifest and obvious" and that "the most important similarities involve unprotectable elements . . . . Stripped of these unprotected elements, the works are not sufficiently similar to satisfy the extrinsic test." *See* ECF No. 34 at pages 4-17 of 17.

                                            :

                       Initials of Preparer  JG

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9964-GW-Ex | Date | June 3, 2022 |
|---|---|---|---|
| Title | *Jangle Vision, LLC v. Alexander Wang Incorporated, et al.* | | |

  At the May 12 hearing, after listening to the oral arguments of counsel, the Court continued the matter to June 2, 2022, and ordered supplemental briefing, in part, to more fully address the application of the *Rentmeester* decision to this case. *See* ECF No. 35. Said briefs were filed. *See* ECF Nos. 39-40. Further arguments were heard on June 2, and the matter was taken under submission. *See* ECF No. 42.

  After considering all of the motion papers and arguments of counsel, the Court adopts its tentative ruling as its final decision for the reasons stated in the tentative ruling and at the hearings. The Court finds *Rentmeester* controlling; its application to this case clearly results in the granting of the motion to dismiss; and Plaintiff's attempts to distinguish *Rentmeester* are unpersuasive. The motion to dismiss is GRANTED without leave to amend.

:

Initials of Preparer   JG