JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| JANGLE VISION, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER WANG INCORPORATED, a Delaware Corporation; and ALEXANDER WANG, an individual,<br><br>Defendants. | Case No. CV 21-9964-GW-Ex<br><br>**JUDGMENT GRANTING DEFENDANTS ALEXANDER WANG INCORPORATED AND ALEXANDER WANG'S MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT**<br><br>Judge: The Hon. George H. Wu<br>Ctrm: 9D – 9th Floor<br><br>Complaint Filed: Dec. 28, 2021<br><br>First Amended<br>Complaint Filed: Feb. 7, 2022<br><br>Corrected First Amended<br>Complaint Filed: Feb. 8, 2022 |

# JUDGMENT

The Court, having issued an order, dated June 3, 2022 [Dkt 43], granting Defendants Alexander Wang Incorporated ("AWI") and Alexander Wang ("Wang") (collectively, "Alexander Wang")'s Motion to Dismiss Plaintiff's Corrected First Amended Complaint for Failure to State a Claim with prejudice and without leave to amend, hereby enters judgment in favor of Defendants.

Attorney's Fees and Costs may be awarded to Alexander Wang upon presentation.

**IT IS ADJUDGED AND DECREED**

DATE: June 17, 2022     By: _/s/ George H. Wu_
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE